UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

_____
                                            )
AURELIO MARTINEZ and                        )
SANDRA MARTINEZ                             )
            Plaintiffs,                     )
                                            )
        v.                                  )   Civil Action No.: 1:16-cv-00619
                                            )
                                            )
ALFA LAVAL, INC. as successor-in-interest   )
to DE LAVAL SEPARATOR COMPANY,              )
et al.                                      )
            Defendants.                     )
_____)

## JOINT MOTION TO DISMISS WITH PREJUDICE

NOW COME Plaintiff Sandra Martinez[1] and Defendant Viad Corp and hereby jointly move, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, that all claims of the plaintiff against Defendant Viad Corp be dismissed with prejudice, without interest or costs, and all rights of appeal being waived.  WHEREFORE, Plaintiff Sandra Martinez and Defendant Viad Corp request that the within Joint Motion be GRANTED and that the Plaintiffs' claims against Viad Corp be dismissed with prejudice.

---

[1] Aurelio Martinez is now deceased, probate pending.

| | |
|---|---|
| The Plaintiff, <br> SANDRA MARTINEZ, <br> By their Attorney, | The Defendant, <br> VIAD CORP, <br> By its Attorneys, |
| /s/ Alex R. Straus | |
| Alex R. Straus \| R.I. Bar No. 8184 | /s/Kristen M. Whittle |
| Alex@StrausLawGroup.com | Stephen Adams\| R.I. Bar No. 5577 |
| Straus Law Group | sadams@bartongilman.com |
| 16 Court Street | Kristen M. Whittle\| R.I. Bar No. 8252 |
| Suite 2200 | kwhittle@bartongilman.com |
| Brooklyn, NY 11241 | BARTON GILMAN LLP |
| 718.812.3482 | 10 Dorrance Street, Suite 800 |
| | Providence, RI  02903 |
| | P: 401.273.7171 / F: 401.273.2904 |

## **CERTIFICATE OF SERVICE**

I, Kristen M. Whittle, attorney for the defendant, Viad Corp., hereby certify that on April 17, 2017, I served a copy of the foregoing by CM/ECF electronic mail notification to all counsel of record.

/s/Kristen M. Whittle
Kristen M. Whittle